United States Bankruptcy Court
Eastern District of Kentucky

In re:
Kenneth D Abdon
Julianna M Abdon
    Debtors

Case No. 15-20763-tnw
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0643-2      User: glendac      Page 1 of 2      Date Rcvd: Sep 24, 2015
                        Form ID: B18      Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2015.

```
db/jdb         +Kenneth D Abdon,    Julianna M Abdon,    21 Montvale Ct. #1,    Fort Thomas, KY 41075-1884
5624504        +AES/BARCLAYS BANK PLC,    PO BOX 61047,    HARRISBURG PA 17106-1047
5624505        +AES/PHEAAFRN,    POB 61047,    HARRISBURG PA 17106-1047
5663205        +AMERICAN FINANCIAL RESOURCES INC,    C/O LOANCARE LLC,    3637 SENTARA WAY SUITE 303,
                 VIRGINIA BEACH VA 23452-4262
5624507         BESTWAY DISPOSAL,    17300 MAIN ST.,    LAWRENCEBURG IN 47025
5624508        +CAP1/HELZB,    26525 N RIVERWOODS BLVD,    METTAWA IL 60045-3440
5624513        +CITIBANK SD, NA,    CITI CORP CREDIT SERVICES/ATTN:CENTRALIZ,    PO BOX 790040,
                 SAINT LOUIS MO 63179-0040
5624515        +COMMONWEALTH ORTHOPAEDIC CENTER PSC,    DEPT L 700,    CINCINNATI OH 45270-0001
5624517        +DOUGLAS C FUSSINGER, DDS,    6026 TAYLOR DR.,    BURLINGTON KY 41005-8883
5624521        +FIRST FINANCIAL BANK,    225 PICTORIA DR STE 700,    CINCINNATI OH 45246-1620
5624526        +LOANCARE SERVICING CTR,    3637 SENTARA WAY,    VIRGINIA BEACH VA 23452-4262
5624527        +MAHER MEADOWS HOME OWNERS ASSOC. INC.,    C/O VERTEX PROFESSIONAL GROUP,
                 6616 DIXIE HIGHWAY, SUITES 2, 3 AND 4,    FLORENCE KY 41042-2171
5624530        +MORTGAGE SERVICE CENTE,    ATTN: BANKRUPTCY DEPT,    PO BOX 5452,    MT LAUREL NJ 08054-5452
5624531       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: NATIONSTAR MORTGAGE LLC,    ATTN: BANKRUPTCY,    350 HIGHLAND DR,
                 LEWISVILLE TX 75067)
5624533        +OWEN ELECTRIC,    300 ARBOR DRIVE, SUITE 1,    DRY RIDGE KY 41035-9489
5624534        +RADIOLOGY ASSOCIATES OF NORTHERN KENTUCK,    P. O. BOX 932163,    CLEVELAND OH 44193-0008
5624536        +SLM FINANCIAL CORP,    PO BOX 9500,    WILKES-BARRE PA 18773-9500
5624538        +ST. ELIZABETH EMERGENCY PHYSICIANS,    1 MEDICAL VILLAGE DR.,    EDGEWOOD KY 41017-3403
5624539        +ST. ELIZABETH HEALTHCARE,    PO BOX 630856,    CINCINNATI OH 45263-0856
5624540        +ST. ELIZABETH MEDICAL CENTER,    401 EAST 20TH ST.,    COVINGTON KY 41014-1583
5624541        +ST. ELIZABETH PHYSICIAN SERVICE,    P. O. BOX 630839,    CINCINNATI OH 45263-0839
5624546         U S DEPT OF ED/GSL/ATL,    PO BOX 4222,    IOWA CITY IA 52244
5624548        +VERIZON,    500 TECHNOLOGY DR,    STE 550,    WELDON SPRING MO 63304-2225
5624551        +XLS/CITEL,    POB 2461,    HARRISBURG PA 17105-2461
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5624506        +EDI: AGFINANCE.COM Sep 24 2015 23:08:00      AMERICAN GENERAL FINANCIAL/SPRINGLEAF FI,
                 SPRINGLEAF FINANCIAL/ATTN: BANKRUPTCY DE,    PO BOX 3251,    EVANSVILLE IN 47731-3251
5624509        +EDI: CAPITALONE.COM Sep 24 2015 23:08:00      CAPITAL ONE NA,    ATTN: GENERAL CORRESPONDENCE,
                 PO BOX 30285,    SALT LAKE CITY UT 84130-0285
5624510        +EDI: CHASE.COM Sep 24 2015 23:08:00      CHASE,    PO BOX 15298,    WILMINGTON DE 19850-5298
5624511        +EDI: CHASE.COM Sep 24 2015 23:08:00      CHASE BANK,    ATTN: BANKRUPTCY DEPT,    PO BOX 15298,
                 WILMINGTON DE 19850-5298
5624512        +EDI: CHASE.COM Sep 24 2015 23:08:00      CHASE CARD,    PO BOX 15298,    WILMINGTON DE 19850-5298
5624514        +E-mail/Text: Bk@c2cfsi.com Sep 24 2015 23:08:40      COAST TO COAST FINANCIA,    ATTN:BANKRUPTCY,
                 101 HODENCAMP RD STE 120,    THOUSAND OAKS CA 91360-5831
5624516        +EDI: NAVIENTFKASMDOE.COM Sep 24 2015 23:08:00      DEPT OF ED/NAVIENT,    PO BOX 9635,
                 WILKES BARRE PA 18773-9635
5624518        +EDI: NAVIENTFKASMDOE.COM Sep 24 2015 23:08:00      DPT ED/SLM,    PO BOX 9635,
                 WILKES BARRE PA 18773-9635
5624519        +E-mail/Text: collectionbankruptcies.bancorp@53.com Sep 24 2015 23:08:50      FIFTH THIRD BANK,
                 FIFTH THIRD BANK BANKRUPTCY DEPARTMENT,,    1830 EAST PARIS AVE.,    GRAND RAPIDS MI 49546-6253
5624522        +EDI: RMSC.COM Sep 24 2015 23:08:00      GECRB/CARE CREDIT,    ATTN: BANKRUPTCY,    PO BOX 103104,
                 ROSWELL GA 30076-9104
5624523        +EDI: RMSC.COM Sep 24 2015 23:08:00      GECRB/JC PENNY,    ATTENTION: BANKRUPTCY,
                 PO BOX 103104,    ROSWELL GA 30076-9104
5624524        +E-mail/Text: BANKRUPTCY@GLACOMPANY.COM Sep 24 2015 23:08:54      GLA COLLECTION CO INC,
                 2630 GLEESON LN,    LOUISVILLE KY 40299-1772
5624525        +EDI: IIC9.COM Sep 24 2015 23:08:00      IC SYSTEM,    ATTN: BANKRUPTCY,
                 444 HIGHWAY 96 EAST; PO BOX 64378,    ST. PAUL MN 55164-0378
5624528        +EDI: MID8.COM Sep 24 2015 23:08:00      MIDLAND FUNDING,    8875 AERO DR STE 200,
                 SAN DIEGO CA 92123-2255
5624532        +EDI: NAVIENTFKASMSERV.COM Sep 24 2015 23:08:00      NAVIENT,    PO BOX 9500,
                 WILKES BARRE PA 18773-9500
5624535        +E-mail/Text: nancy.delong@rumpke.com Sep 24 2015 23:08:45      RUMPKE,    10795 HUGHES ROAD,
                 CINCINNATI OH 45251-4598
5624537         EDI: AGFINANCE.COM Sep 24 2015 23:08:00      SPRINGLEAF FINANCIAL S,    3000 BUSINESS PARK BVD S,
                 GOODLETTSVILLE TN 37072
5624542        +EDI: RMSC.COM Sep 24 2015 23:08:00      SYNCB/PAYPAL SMART CON,    PO BOX 965005,
                 ORLANDO FL 32896-5005
5624543        +EDI: AISTMBL.COM Sep 24 2015 23:08:00      T MOBILE,    12920 SE 38TH STREET,
                 BELLEVUE WA 98006-7305
5624544        +E-mail/Text: dl-ral-collectionshelpdesk2@twcable.com Sep 24 2015 23:08:47      TIME WARNER,
                 7906 DIXIE HIGHWAY,    FLORENCE KY 41042-2737
5624545        +E-mail/Text: bankruptcydepartment@tsico.com Sep 24 2015 23:08:53      TRANSWORLD SYSTEMS,
                 507 PRUDENTIAL RD.,    HORSHAM PA 19044-2308
5624547        +EDI: VERIZONWIRE.COM Sep 24 2015 23:08:00      VERIZON,
                 VERIZON WIRELESS DEPARTMENT/ATTN: BANKRU,    PO BOX 3397,    BLOOMINGTON IL 61702-3397
```

```
District/off: 0643-2          User: glendac              Page 2 of 2                    Date Rcvd: Sep 24, 2015
                              Form ID: B18               Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
5624549        +EDI: TSYS2.COM Sep 24 2015 23:08:00      VISA DEPT. STORES,    ATTN: BANKRUPTCY,    PO BOX 8053,
                 MASON OH 45040-8053
5624550        +EDI: WFFC.COM Sep 24 2015 23:08:00       WELLSFARGO,    800 WALNUT ST,    DES MOINES IA 50309-3605
                                                                                                  TOTAL: 24

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5624520          FIRST FINANCIAL BANK
5624529          MORTGAGE SERVICE CENTE
                                                                                       TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2015                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2015 at the address(es) listed below:
```
              David C. Nalley    on behalf of Creditor   American Financial Resources, Inc. kybk@rslegal.com,
               rsbkecfbackup@gmail.com;reisenfeld@ecf.inforuptcy.com
              Michael L. Baker    trusteemlb@zslaw.com,   mlbtrusteebackup@gmail.com;MLB@trustesolutions.net
              U.S. Trustee    ustpregion08.lx.ecf@usdoj.gov
              W Ron Adams    on behalf of Debtor Kenneth D Abdon wracourtnotices@gmail.com
              W Ron Adams    on behalf of Joint Debtor Julianna M Abdon wracourtnotices@gmail.com
                                                                                                 TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
**Eastern District of Kentucky**
**Covington Division**

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

| | |
|---|---|
| In Re: Kenneth D Abdon<br>Julianna M Abdon<br>21 Montvale Ct. #1<br>Fort Thomas, KY 41075<br>21 Montvale Ct. #1<br>Fort Thomas, KY 41075<br><br>aka/dba:<br><br>SSN/TID: xxx–xx–1969<br>         xxx–xx–4189<br><br>Debtor(s) | Case Number: 15–20763–tnw<br><br>Chapter: 7 |

## DISCHARGE OF DEBTOR IN A CHAPTER 7 CASE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED** the debtor is granted a discharge under section 727 of title 11, United States Code, (The Bankruptcy Code).

By the court –

Dated: 9/24/15

/s/Tracey N. Wise
Tracey N. Wise
U.S. Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**